**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 31 WAL 2023
                                                          :
               Respondent                 :
                                                          :  Petition for Allowance of Appeal
                                                          :  from the Order of the Superior Court
           v.                              :
                                                          :
                                                          :
DAARON ANTHONY SHEARS,          :
                                                          :
               Petitioner                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.